

**FILED**

05/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0048

_____

ZANE AARON TENOLD,

      Petitioner,

v.

WARDEN JIM SALMONSEN,

      Respondent.

O R D E R

_____

    Petitioner Zane Aaron Tenold has filed a motion for an extension of time within which to file a petition for rehearing. Good cause appearing,

    IT IS HEREBY ORDERED that motion is GRANTED. Petitioner has until June 10, 2021, to file a petition for rehearing.

    No further extensions will be granted.

    DATED this ____ day of May, 2021.

For the Court,

By _____
           Chief Justice

FILED

MAY 1 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana